JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.    8:21-cv-00100-CJC-JDE                                    Date   4/12/2021

Title    DIANA WOLF ET AL V. TSG WEALTH MANAGEMENT, LLC

Present:  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL

　　The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [47], and hereby orders the case dismissed without prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　—    :    —
　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  cw